STATE OF NEW JERSEY v. MIGUEL RODRIGUEZ.

February 11, 1974. Petition for certification denied.

IN THE MATTER OF WALTER E. FEROLIE.

February 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS BRIGGS.

February 11, 1974. Petition for certification denied.

YELLOW CAB COMPANY OF CAMDEN v. STATE OF NEW JERSEY, DIRECTOR OF WAGE AND HOUR BUREAU.

February 11, 1974. Petition for certification denied. (See 126 *N. J. Super.* 81)

SARA CRUTCHER v. JOSEPH INZINNA.

February 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. HUBERT BURWELL.

February 11, 1974. Petition for certification denied.